Case 2:05-cv-03856-SVW-JTL    Document 54    Filed 08/24/06    Page 1 of 11    Page ID #:46

JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiff LES JANKEY

KURT L. SCHMALZ (State Bar No. 109834)
LURIE, ZEPEDA, SCHMALZ & HOGAN
*A Professional Corporation*
9107 Wilshire Boulevard, Suite 800
Beverly Hills, CA 90210-5533
Telephone: 310/274-8700
Facsimile: 310/274-2798

Attorneys for Defendants HERMOSA COURTYARD, LLC., VICTOR ROMERO and ANGELA ROMERO

Priority — Send ✓ — Enter — Closed — JS-5/JS-6 — JS-2/JS-3 — Scan Only

FILED CLERK, U.S. DISTRICT COURT — AUG 24 200[6] — CENTRAL DISTRICT OF CALIFORNIA — BY DEPUTY

DOCKETED ON CM — AUG 2 5 2006 — BY MG — 009

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LES JANKEY, an individual,

    Plaintiff,

v.

BEACH HUT; HERMOSA COURTYARD LLC, a limited liability company; VICTOR ROMERO and ANGELA ROMERO, a married partnership dba BEACH HUT,

    Defendants.

CASE NO. CV05-3856 SVW (JTLx)

**CONSENT DECREE**

**WHEREAS**, on June 17, 2005, Plaintiff Les Jankey ("Jankey") and Plaintiff Disability Rights, Enforcement, Education Services: Helping You Help Others ("DREES") filed a complaint in the United States District Court, Central District of California, alleging claims for damages and injunctive relief under the Americans With Disabilities Act of 1990 (42 U.S.C. §12101, *et seq.*) ("ADA"); the Unruh Civil Rights Act, California Civil Code §§ 51, 51.5 and 53; the

CONSENT DECREE   1

1  Disabled Persons Act, California Civil Code §§ 54, 54.1 and 54.3; and
2  California Health & Safety Code § 19955, *et. seq.* The case was entitled Jankey,
3  et. al. v. Beach Hut, et. al., U.S. District Court Case No. CV05-3856 SVW
4  (JTLx) ("the Civil Action"). The claims in the Civil Action under the Unruh
5  Act, California Disabled Persons Act and California Health and Safety Code are
6  hereinafter referred to as the "State Law Claims."
7      **WHEREAS**, on December 8, 2005, the Court dismissed the State Law
8  Claims for lack of supplemental jurisdiction, pursuant to Defendants' motion to
9  dismiss. The Court also dismissed DREES as a plaintiff for lack of standing,
10 pursuant to Defendants' motion.
11     **WHEREAS**, Defendants Victor Romero and Angela Romero own and
12 operate a restaurant known as the Beach Hut, located at 1342 Hermosa Avenue,
13 Hermosa Beach, California, and Defendant Hermosa Courtyard, LLC owns the
14 building in the 1300 block of Hermosa Avenue that houses the Beach Hut and
15 serves as the Beach Hut's landlord. The Romeros and Hermosa Courtyard,
16 LLC, are collectively referred to herein as "the Defendants."
17     **WHEREAS,** on April 25, 2006, the trial of the Civil Action commenced
18 on Jankey's claim for injunctive relief under Title III of the ADA, the only claim
19 remaining in the Civil Action.
20     **WHEREAS,** during the trial, with the assistance of the court, the parties
21 reached a settlement of all issues and claims on the Civil Action. The settlement
22 provided, among other things, that Jankey would release all claims against the
23 Defendants and that Defendants would agree to make certain modifications to the
24 entrance of the Beach Hut and to its restroom.
25     **WHEREAS**, Jankey and Defendants agree that the settlement is made in
26 good faith and in an effort to avoid expensive and protracted litigation, but
27 without any admission or finding of liability or fault as to any allegation or matter
28 in the Civil Action or otherwise;

CONSENT DECREE                                                                  2

NOW, THEREFORE, it is ORDERED, ADJUDGED AND DECREED as follows:

## I. JURISDICTION

A. The Court has jurisdiction over the subject matter of and the parties to this Consent Decree pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §122101, *et seq.*

B. Defendants do not contest and agree not to contest the Court's jurisdiction to enter into and enforce this Consent Decree.

## II. DENIAL OF LIABILITY

Defendants, each of them, deny any and all legal or equitable liability under any federal, state or local statute, regulation or ordinance, or the common law, for any violation of law, damages or claims caused by or arising out of the conditions of the Beach Hut. By entering into this Consent Decree, or by taking any action in accordance with it, Defendants do not admit any allegations, express or implied, contained herein or in the complaint, nor do Defendants admit any liability for any purpose or admit any issue of law or fact or any responsibility for the alleged noncompliance of the subject premises with the ADA, the Americans with Disabilities Act Accessibility Guidelines ("ADAAG"), Title 24 of the California Building Standards Code, or any other state or federal statute or regulation. In that regard, this Consent Decree is made between the parties to confirm a private settlement of the Civil Action and Defendants' agreement to make certain voluntary modifications to the Beach Hut.

///
///
///
///
///

CONSENT DECREE                                                                 3

### III. PURPOSE

The purpose of this Consent Decree is to resolve amicably the existing dispute between the parties hereto and to ensure that the modifications to the Beach Hut called for herein are adjudicated by the Court to be the only readily achievable modifications to the Beach Hut that Defendants are required to make.

### IV. BINDING EFFECT

A.  Jankey certifies that he is fully authorized to enter into the terms and conditions of this Consent Decree and that he has not assigned, transferred or purported to assign, transfer or release, to any person or entity any claim or other matter which is the subject of this Consent Decree or the Civil Action.

B.  The undersigned officer/agent of defendant Hermosa Courtyard LLC, certifies that he/she is fully authorized to enter into the terms and conditions of this Consent Decree and that he/she is fully authorized to execute this document and legally bind Hermosa Courtyard, LLC to the provisions of this Consent Decree.

C.  The undersigned defendants Victor Romero and Angela Romero certify that they are fully authorized to enter into the terms and conditions of this Consent Decree and that they are fully authorized to execute this document and legally bind themselves to the provisions of this Consent Decree.

### V. WORK TO BE PERFORMED

A.  Defendants agree that the following measures, which constitute readily achievable modifications, shall be undertaken and completed at the Beach Hut:

    1.  Install a ramp at the front entrance to the Beach Hut, which due to space constraints, may not have a required 60-inch level landing in front of the entrance door;

    2.  Install a buzzer/doorbell at the corner of the building adjacent to the ramp at the sidewalk which is clearly identified with a

    sign in a prominent location at the entrance that is not obscured by any stickers, signs, decals, etc. bearing the International Symbol of Accessibility ("ISA") and which reads "Please Ring for Employee Assistance";

  3. Defendants are not required to replace the front doors. However, defendants will reduce the front doors pressure so that the required pressure to open each is 5 lbs. or less, provided that the repair is inexpensive and easily accomplished.

  4. With regard to the unisex restroom, only the following modifications need to be made;

    a. Install ADAAG-compliant signage on the entrance door;

    b. Widen the entrance door so it measures 32 inches clear when open at 90 degrees and reverse the door-swing so that it does not swing into the restroom;

    c. Install levered opening hardware on the entrance door;

    d. Install grab bars to the side and rear of the toilet;

    e. Raise the toilet seat to a height between 17 and 19 inches;

    f. Insulate the pipes under the sink;

    g. Install levered faucet hardware on the sink; and

    h. Reposition the paper towel dispenser so it is no higher than 40 inches from the floor.

 B. The above-described work to be performed pursuant to this Consent Decree shall be completed within twelve (12) months of the execution of this Consent Decree or if not completed within twelve (12) months by order by the Court.

C. The remedial work set forth herein meets the "readily achievable" standard of the ADA.

## VI. MODIFICATION

There shall be no modification of this Consent Decree without written approval of all parties hereto and the Court.

## VII. EFFECTIVE DATE

This Consent Decree is effective upon the date of its entry by the Court.

## VIII. CONTINUING JURISDICTION

The Court specifically retains jurisdiction over both the subject matter of and the parties to this action for the duration of this Consent Decree for the purpose of issuing such further orders or directions as may be necessary or appropriate to construe, implement, modify, enforce, terminate, or reinstate the terms of this Consent Decree. The Court also retains jurisdiction over the issue of any party's claim for attorneys' fees, which shall be decided on motion to the Court. Said motion shall be filed with the Court no later than thirty (30) days from the execution of this Consent Decree by the Court.

As part of the settlement of the Civil Action, Jankey hereby releases and forever discharges Hermosa Courtyard, LLC, and all of its present and former agents, members, shareholders and partners, and Victor Romero and Angela Romero, individually and doing business as the Beach Hut, from any and all claims, causes of action, liability obligations, or demands of any kind, known or unknown up to the effective date of this Consent Decree for injunctive relief, actual monetary damages, statutory, treble, or punitive damages of any kind arising from or related to the Civil Action, the State Law Claims or the ADA and/or ADAAG (The "Released Claims"). In making this release, Jankey understands and is familiar with Section 1542 of the California Civil Code which provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release,

CONSENT DECREE 6

which if known by him, must have materially affected his settlement with the debtor.

Jankey hereby waives and relinquishes every right or benefit which he has or may have under Section 1542 of the Civil Code to the full extent that he may lawfully waive such right or benefit pertaining to the Released Claims. However, the Released Claims will not include any of the obligations under this Consent Decree or the question of prevailing party attorneys' fees and costs pursuant to 42 U.S.C. § 12205, which has been reserved for the Court to determine upon a timely filed motion.

## IV. TERMINATION AND SATISFACTION

A.   Upon defendants' completion of the work to be performed, as specified, pursuant to this Consent Decree, the Court's jurisdiction of this matter shall terminate unless the parties show good cause for the continuance of this Consent Decree. Defendants, or their attorney, shall serve on Jankey's attorney (identified on this Consent Decree) and file with the Court a "Notice of Completion of Work to be Performed Pursuant to Consent Decree ("the Notice") when said work has been completed. The Court's jurisdiction under the Consent Decree shall be terminated sixty days (60) days following the filing and service of the Notice as set forth above, unless Jankey or his attorney files with the Court and serves on counsel for Defendants (identified in this Consent Decree) a written objection to the Notice stating the specific grounds for the objection. Upon timely objection to the Notice, the Court may be asked by a party to resolve any dispute

///
///
///
///
///
///
///

1  about completion of the work or termination of the Court's jurisdiction, in the
2  event the parties to the dispute cannot resolve it.
3      The undersigned hereby consent to the foregoing Consent Decree.

5  Dated: July 31, 2006    _____
                                          Plaintiff Les Jankey

8  Dated: _____, 2006    _____, Officer/Agent
                                          Hermosa Courtyard LLC.

12  Dated: _____, 2006    _____
                                          Defendant Victor Romero

14  Dated: _____, 2006    _____
                                          Defendant Angela Romero

**APPROVED AS TO FORM:**

Dated: July 31, 2006    THOMAS E. FRANKOVICH,
                                         *A PROFESSIONAL LAW CORPORATION*

                                           By: _____
                                               Jennifer L. Steneberg
                                           Attorney for Plaintiff Les Jankey

[SIGNATURES CONTINUED ON NEXT PAGE]

1 about completion of the work or termination of the Court's jurisdiction, in the
2 event the parties to the dispute cannot resolve it.

3     The undersigned hereby consent to the foregoing Consent Decree.

4

5 Dated: _____, 2006

                                Plaintiff Les Jankey

6

7

8 Dated: July 26, 2006    [signature] - Agent

                                          Officer/Agent

9                                  Hermosa Courtyard LLC.

10

11

12 Dated: July 26, 2006    [signature]

                                          Defendant Victor Romero

13

14 Dated: July 26, 2006    [signature]

                                          Defendant Angela Romero

15

16 **APPROVED AS TO FORM:**

17 Dated: _____, 2006    THOMAS E. FRANKOVICH,
18                                           *A PROFESSIONAL LAW CORPORATION*

19

20                                    By: _____
21                                           Jennifer L. Steneberg
                                          Attorney for Plaintiff Les Jankey

22

23                          [SIGNATURES CONTINUED ON NEXT PAGE]
24
25
26
27
28

CONSENT DECREE                                                                         8

1  Dated: July 25, 2006        LURIE, ZEPEDA, SCHMALZ & HOGAN
2
3                              By: _____
4                                  Kurt L. Schmalz
                                   Attorneys for Defendants HERMOSA
                                   COURTYARD, LLC., VICTOR
5                                  ROMERO and ANGELA ROMERO

6                              **ORDER**
7
8    Having reviewed the above and with good cause appearing, IT IS
9    HEREBY ORDERED that the parties' stipulated consent decree be entered.
10
11   Dated: August 24, 2006
12                              _____
                                Hon. Stephen V. Wilson
13                              United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CONSENT DECREE                                                          9

## CERTIFICATE OR PROOF OF SERVICE

State of California        )
                           ) ss
County of San Francisco    )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

## CONSENT DECREE

on the interested parties in this action, conveyed as follows:

☒   by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
    ☒   in first class U.S. Mail
    ☐   in ___ priority or___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐   by transmitting via facsimile to the fax number(s) set forth below.

☐   by causing personal delivery by Western Messenger Service.

☐   by personal hand-delivery.

addressed to:

Kurt Schmalz
Lurie, Zepeda, Schmalz and Hogan
9107 Wilshire Blvd., Suite 800
Beverly Hills, CA 90210

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on August 22, 2006 at San Francisco, California.

Maria V. Martinez
(Original signed)